**Drohan Lee**

Vivian Rivera Drohan

T: (212)710-0004

vdrohan@dlkny.com

June 20, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/21/2024
```

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

## MEMORANDUM ENDORSED

Re:   *G.K. et al v. New York City Dep't of Educ.,* 24-cv-2006 (GHW)

Dear Judge Woods,

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

We hereby write jointly with Plaintiff's counsel to respectfully request an adjournment, *sine die*, of the Initial Pretrial Conference ("IPTC") scheduled before Your Honor for June 27, 2024. This is the parties' first request for an adjournment of the IPTC. We note that Defendant is in the process of finalizing this matter with the intention of commencing settlement negotiations within the next three weeks and do not believe an IPTC is necessary, so as to avoid the utilization of court resources. In addition, pursuant to Your Honor's March 19, 2024 Order (ECF No. 6), the parties are to submit a joint letter and proposed Case Management Plan ("CMP") by June 20, 2024. In light of the requested adjournment of the IPTC for settlement purposes, we respectfully request a corresponding extension of time to submit a joint letter and CMP. The parties apologize for the lateness of this request (not having complied with Your Honor's two business day rule) and inconvenience to the Court.

Accordingly, the parties propose that the CMP and IPTC be adjourned *sine die.* Thank you for considering these requests.

Application granted in part.  The initial pretrial conference previously scheduled for June 27, 2024 is adjourned to August 9, 2024 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's March 19, 2024 order are due no later than August 2, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

Respectfully Submitted,

By: */s/ Vivian Rivera Drohan*
Vivian Rivera Drohan

SO ORDERED.

Dated:  June 21, 2024
New York, New York

GREGORY H. WOODS
United States District Judge

cc: Steven J. Alizio, (via ECF)